```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18839
   LENKA ONDRUCHOVA
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1037

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/12/2007 and was confirmed 12/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP     CURRENT MORTG         .00              .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE      745.00              .00            .00
GMAC MORTGAGE              NOTICE ONLY      NOT FILED             .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00              .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE         .00              .00            .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY      NOT FILED             .00            .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC    10802.38            77.64         948.56
DAIMLER CHRYSLER FINANCI   UNSECURED         3448.71              .00            .00
GMAC MORTGAGE              CURRENT MORTG         .00              .00            .00
GMAC MORTGAGE              MORTGAGE ARRE     3488.50              .00            .00
CAPITAL ONE                UNSECURED         2302.97              .00            .00
CAPITAL ONE                UNSECURED          979.98              .00            .00
CAPITAL ONE                UNSECURED          734.52              .00            .00
CAPITAL ONE                UNSECURED          813.47              .00            .00
B-REAL LLC                 UNSECURED         2428.11              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1778.85              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1055.21              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          717.19              .00            .00
PREMIER CREDIT CORP        UNSECURED       NOT FILED             .00            .00
Z FRANK INC                NOTICE ONLY      NOT FILED             .00            .00
TURNER ACCEPTANCE          UNSECURED       NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1863.50              .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1445.21              .00            .00
ILLINOIS DEPT OF REV       UNSECURED           25.00              .00            .00
LEDFORD & WU               DEBTOR ATTY      1,400.00                          246.75
TOM VAUGHN                 TRUSTEE                                             87.05
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18839 LENKA ONDRUCHOVA

```
TRUSTEE                                        1,360.00

PRIORITY                                                              .00
SECURED                                                            948.56
    INTEREST                                                        77.64
UNSECURED                                                             .00
ADMINISTRATIVE                                                     246.75
TRUSTEE COMPENSATION                                                87.05
DEBTOR REFUND                                                         .00
                                          ---------------   ---------------
TOTALS                                         1,360.00           1,360.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 07/24/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 18839 LENKA ONDRUCHOVA